

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00135-CV

ROBERT MICHAEL PHILIPPS, APPELLANT

V.

CYNTHIA JANE JACKSON AND WADE JACKSON, APPELLEES

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 78,523-B, Honorable David L. Gleason, Presiding

January 6, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant Robert Michael Philipps, proceeding pro se, appeals from the trial court's judgment.  Philipps' brief was due November 22, 2021, but was not filed.  By letter dated November 29, 2021, we notified Philipps that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by December 9.  To date, Philipps has neither filed a brief nor contacted this Court about the matter.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam